**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth McMillan,<br><br>    Plaintiff,<br><br>v.<br><br>Specialized Loan Servicing LLC, et al.,<br><br>    Defendants. | No. CV-19-00555-TUC-DCB<br>(Lead Case) |
| Frances McMillan,<br><br>    Plaintiff,<br><br>v.<br><br>Specialized Loan Servicing LLC, et al.,<br><br>    Defendants. | No. CV-20-00048-TUC-DCB<br>(Consolidated Case)<br><br><br>**ORDER** |

The parties stipulate the consolidation of these two cases because they involve the same facts and overlapping claims. There is a Motion to Dismiss pending in CV 20-48-TUC DCB, and Plaintiff proposes to file an Amended Complaint in CV 19-555 TUC DCB, which will consolidate the complaints in both cases in the Amended Complaint. Defendant does not object.

**Accordingly,**

**IT IS ORDERED** that the Stipulation to Consolidate (Doc. 22) is GRANTED.

**IT IS FURTHER ORDERED** that within seven days of the filing date of this

| | |
|---|---|
| 1 | Order, the Plaintiff shall file the Amended Complaint. |
| 2 | **IT IS FURTHER ORDERED** that within seven days of the filing date of the |
| 3 | Amended Complaint, the Defendant shall file a Supplement to the Motion to Dismiss and |
| 4 | Plaintiffs shall, thereafter, have seven days to file a Supplemental Response. |
| 5 | Dated this 6th day of March, 2020. |

_____
Honorable David C. Bury
United States District Judge